**Opinion issued December 31, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-24-00311-CV**
_____

**MEHMET ARBATLI AND BIN FENG, Appellants**

**V.**

**REGIONS BANK F/K/A ASCENTIUM CAPITAL, LLC, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-39865**

---

## MEMORANDUM OPINION

Appellants, Mehmet Arbatli and Bin Feng (collectively, "appellants"), filed a notice of appeal from the trial court's January 19, 2024 final judgment. On July 18, 2024, the Court abated this appeal and referred the parties to mediation. On December 16, 2024, the parties filed a Joint Notice of Dismissal stating that they

"ha[d] resolved the case and entered into a settlement agreement . . . [and] no further approval or action in the trial court [was] necessary for that settlement."[1]  The Joint Notice of Dismissal also stated that appellants wanted to "voluntarily dismiss, with prejudice, all claims and causes of action pending in the above-captioned appeal, so as to fully and finally dispose of th[e] case in its entirety."  *See* Tex. R. App. P. 42.1(a)(2).

No other party has filed a notice of appeal, and no opinion has issued.  *See* Tex. R. App. P. 42.1(a)(2), (c).

Accordingly, the Court reinstates the appeal on the Court's active docket, grants the parties' motion, and dismisses the appeal.  *See* Tex. R. App. P. 42.1(a)(2), 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1]     We construe the Joint Notice of Dismissal as an agreed motion to dismiss.